IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTEGRATED SERVICE SOLUTIONS, INC. | : | CIVIL ACTION |
| Plaintiff | : | NO. 07-3591 |
| v. | : | |
| | : | |
| DENNIS M. RODMAN | : | |
| Defendant/ | : | |
| Third Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH URICCHIO | : | |
| Third Party Defendant | : | |

## ORDER

AND NOW this    29th    day of April, 2009, this matter having been referred to the undersigned for the resolution of all pre-trial matters, and upon consideration of ISS's motion for voluntary dismissal and Rodman's response seeking the imposition of sanctions, and the cross motions for summary judgment as to Rodman's counterclaim and third party suit, as well as the memoranda of law, responses, and replies filed in support thereof and in opposition thereto, and for the reasons stated in the accompanying memorandum opinion, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2) [Doc. 87] is GRANTED IN PART and that Plaintiff's Complaint, as amended, is DISMISSED WITH PREJUDICE;

2. Defendant's request that the Court enter sanctions against Plaintiff and its counsel [Doc. 93] is DENIED;

3. Defendant and Third Party Plaintiff's Motion for Summary Judgment [Doc. 92] is

1

DENIED; and

4. Plaintiff and Third-Party Defendant's Motion for Summary Judgment [Doc. 88] is GRANTED and that Defendant's Counterclaim and Third Party Complaint, as amended, is DISMISSED.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE